JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| P2F HOLDINGS, LLC, a California limited liability company doing business as MADALUXE , <br><br> Plaintiff, <br><br> vs. <br><br> VICINI AMERICA, INC., a New York corporation; VICINI, S.p.A, an Italian company; DOES 1 thorough 10, inclusive, <br><br> Defendants. | Case No. 8:16-cv-01399-CJC-SK <br><br> **Assigned to Hon. Cormac J. Carney** <br><br> **ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

**ORDER:**

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1.      This action is hereby dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii);

2.      This dismissal is subject to and predicated upon the settlement agreement that gave rise to this dismissal;

3.      The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action; and

4.      The Court will retain jurisdiction to enforce the terms of the settlement agreement entered into in this matter.

**SO ORDERED.**

Dated: January 23, 2018                    By: _____

                                                            HON. CORMAC J. CARNEY